STATE of Missiouri, Respondent,

v.

Jeffery S. COLEMAN, Appellant.

WD 77415

Missouri Court of Appeals,
Western District.

Filed: June 30, 2015

Adam S. Rowley, Jefferson City, MO for respondent.

Amy M. Bartholow, Columbia, MO for appellant.

Before Division Two: Lisa White Hardwick, Presiding Judge, Victor C. Howard and Cynthia L. Martin, Judges

ORDER

Per Curiam

Jeffery Coleman appeals from his convictions for possession of a controlled substance and possession of drug paraphernalia. He challenges the sufficiency of the evidence to support both convictions. After a thorough review of the briefs and the record, we find no error and affirm the circuit court's judgment. A published opinion would serve no jurisprudential purpose; however, we have provided the parties with a Memorandum explaining the reasons for our decision.

AFFIRMED. Rule 30.25(b)

Alphonse D. JACKSON, Appellant,

v.

STATE of Missouri, Respondent.

WD 77397

Missouri Court of Appeals,
Western District.

Filed: June 30, 2015

Susan L. Hogan, Appellate Defender, Kansas City, MO, Attorney for Appellant.

Chris Koster, Attorney General, Adam Rowley, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division III: Mark D. Pfeiffer, Presiding Judge, and Gary D. Witt and Anthony Rex Gabbert, Judges

Order

Per Curiam:

Alphonse D. Jackson appeals the judgment of the Circuit Court of Jackson County, Missouri, denying, after an evidentiary hearing, his motion for post-conviction relief pursuant to Rule 29.15. On appeal, Mr. Jackson claims that the circuit court clearly erred in denying his motion because his trial counsel was ineffective. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling. The judgment is affirmed. Rule 84.16(b).